RICHARD G. HESTON, Bar No. 90738
HALLI B. HESTON, Bar No. 90737
HESTON & HESTON, Attorneys at Law
19700 Fairchild Road
Suite 280
Irvine, CA 92612
(949) 222-1041
(949) 222-1043 Fax
rheston@hestonlaw.com

Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>BRIAN MICHAEL LEACH,<br><br>    Debtor. | Case No.: 8:23-bk-10968-TA<br><br>Chapter 13<br><br>**EX PARTE MOTION FOR ORDER EXTENDING TIME TO FILE SUMMARY OF SCHEDULES, STATISTICAL SUMMARY OF CERTAIN LIABILITIES, SCHEDULES, DECLARATION CONCERNING SCHEDULES, STATEMENT OF FINANCIAL AFFAIRS, FORM 22B, EMPLOYEE INCOME RECORD, CHAPTER 13 PLAN AND OTHER REQUIRED CHAPTER 13 DOCUMENTS**<br><br>(No Hearing Date Required) |

  Debtor BRIAN MICHAEL LEACH hereby moves ex parte for an order extending the time to file his Summary of Schedules, Statistical Summary of Certain Liabilities, Schedules, Declaration Concerning Schedules, Statement of Affairs, Form 22B and Employee Income Record, Chapter 13 Plan and other Chapter 13 documents ("Deficiency Documents") from May 24, 2023 to June 7, 2023 on the basis that Debtor has been dealing with personal issues related to his disabled child and has not been able to adequately provide counsel with the information to finalize in executable final versions the financial and other documentation required in this

1  matter filed as an emergency proceeding based upon the information and documentation
2  provided by the Debtor in order to propose a confirmable Chapter 13 Plan.  In addition, such
3  request is based on the the recent death in the family of Debtor's counsel.
4      Good cause exists for such grant of additional time insofar as Debtor needs adequate
5  time to provide counsel with the information to finalize the financial and other documentation
6  and to make the tax calculations and plan calculations necessary to propose a confirmable plan.
7  Given the intervening Fourth of July holiday, Debtor proposes that June 7, 2023 would be an
8  appropriate date to which the deadline should be extended.

**MEMORANDUM OF POINTS AND AUTHORITIES**

**I.**

**THE COURT MAY EXTEND THE TIME FOR FILING OF THE SCHEDULES, STATEMENT OF AFFAIRS AND OTHER DOCUMENTS FOR CAUSE SHOWN.**

Federal Rules of Bankruptcy Procedure Rule 1007

While the record and information gathering and review thereof for the preparation of the Schedules, Statement of Financial Affairs and other required documents requires the expenditure of substantial amounts of time and effort by both the Debtor and Debtor's counsel, the press of Debtor dealing with personal issues related to his disabled child has interfered with his ability to provide counsel with necessary information and documentation and make the calculations necessary to propose a confirmable Chapter 13 Plan.

It is therefore respectfully submitted that the time to file the Summary of Schedules, Statistical Summary of Certain Liabilities, Schedules, Declaration Concerning Schedules, Statement of Affairs, Form 22B, Employee Income Record, Chapter 13 Plan and other required Chapter 13 documents in this case should be extended to June 7, 2023.

Dated: May 24, 2023

HESTON & HESTON
Attorneys at Law

By: RICHARD G. HESTON
Attorneys for Debtor

## DECLARATION OF BRIAN MICHAEL LEACH

I, BRIAN MICHAEL LEACH, declare as follows:

1. I am the Debtor in the above-entitled proceeding. I have personal knowledge of all matters stated herein and, if called to testify, I could competently testify thereto. I am making this declaration in support of my application for an extension of time to file the deficiency documents as required by the court.

2. During the past year, I have been involved in a dissolution of marriage proceeding that has presented significant challenges, particularly in relation to the contested issues surrounding our 11-year-old special needs son. Although custody is shared with my ex-wife, due to demands on her career I am responsible for the majority of his care, accounting for approximately 75% of the time. This increased parental responsibility has placed a substantial burden on my financial situation.

3. Due to such circumstances and associated financial problems with my self-employment business, I filed for Chapter 13 bankruptcy May 10, 2023 on the brink of facing eviction and lockout the following morning. In an attempt to reinstate the forfeited lease, I have been working with my attorney to utilize the protections afforded under the Fair Housing Act and California's Fair Employment and Housing Act, which necessitate accommodations for residents with disabilities. Simultaneously, I have been seeking alternative housing options. Consequently, a considerable amount of my time has been devoted to these efforts.

4. Additionally, my son's disabilities require frequent therapy and speech therapy appointments throughout the week. Further, he has recently been ill which has resulted in his absence from school for five days within the past two weeks, with four of those days falling under my care. Consequently, I have had to prioritize his well-being and provide the necessary attention and care, further limiting the time available for other commitments.

5. Furthermore, I have been actively attempting to rebuild my consulting business, which specializes in website design and support services for attorneys. A current profit and loss statement is need for preparing my schedules, calculating my disposable income and formulating a Chapter 13 plan.

6. Unfortunately, my accountant has been unavailable due to vacation or travel for the past two weeks. However, he has assured me that upon his return, by May 30, 2023, immediately following the Memorial Day weekend, he will prepare a six-month profit and loss statement, along with my completed 2022 state and federal tax returns

7. Lastly, I recently learned that my attorneys, Richard and Halli Heston, have experienced he passing of a family member on Sunday, May 21. This has not only burdened them personally but has also created additional demands on their time and focus. Consequently, their ability to adequately prepare my deficiency documents, which are currently due on May 24, has been significantly hindered.

8. Based on the foregoing, I am requesting that the Court grant an extension of 14 days, until June 7, 2023, to file the remaining deficiency documents.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on May 24, 2023 at 2:15 Irvine, California.

Dated: 5/24/23

BRIAN MICHAEL LEACH

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

19700 Fairchild Road, Suite 280
Irvine, CA 92612

A true and correct copy of the foregoing document entitled (*specify*): **Ex Parte Motion for Order Extending Time to File Summary of Schedules, Statistical Summary of Certain Liabilities, Schedules, Declaration Concerning Schedules, Statement of Financial Affairs, Form 22B, Employee Income Record, Chapter 13 Plan and Other Required Chapter 13 Documents** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 5/24/2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Amrane (SA) Cohen (TR)**     efile@ch13ac.com
- **United States Trustee (SA)**     ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 5/24/2023, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

Honorable Theodor C. Albert, Chief Judge
United States Bankruptcy Court
Ronald Reagan Federal Building and Courthouse
411 West Fourth Street, Suite 5085 / Courtroom 5B
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 5/24/2023 | Yanira Flores | /s/ Yanira Flores |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                 **F 9013-3.1.PROOF.SERVICE**