RICHARD G. HESTON, Bar No, 90738
HALLI B. HESTON, Bar No. 90737
HESTON & HESTON, Attorneys at Law
19700 Fairchild Road, Suite 200
Irvine, CA  92612
(949) 222-1041
(949) 222-1043 Fax
rheston@hestonlaw.com

Attorneys for Debtor

**FILED & ENTERED**

MAY 26 2023

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY mccall    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SANTA AN DIVISION

| | |
|---|---|
| In re:<br><br>BRIAN MICHAEL LEACH,<br><br>　　　　　Debtor. | Case No.: 8:23-bk-10968-TA<br><br>Chapter 13<br><br>**ORDER EXTENDING TIME TO FILE SUMMARY OF SCHEDULES, STATISTICAL SUMMARY OF CERTAIN LIABILITIES, SCHEDULES, DECLARATION CONCERNING SCHEDULES, STATEMENT OF FINANCIAL AFFAIRS, FORM 22B, EMPLOYEE INCOME RECORD, CHAPTER 13 PLAN AND OTHER REQUIRED CHAPTER 13 DOCUMENTS** |

　　　　Having considered the Ex Parte Application of Debtor BRIAN MICHAEL LEACH for an Order Extending Time to File Summary of Schedules, Statistical Summary of Certain Liabilities, Schedules, Declaration Concerning Schedules, Statement of Financial Affairs, Form 22B, Employee Income Record, Chapter 13 Plan and Other Required Chapter 13 Documents, filed on May 24, 2023 as docket entry number 9, and good cause appearing therefore,

//

//

//

//

//

1

---

**Order on Ex Parte Application for Order Extending Time to File Deficiency Documents**

IT IS ORDERED that the time to file the Debtor's Summary of Schedules, Statistical Summary of Certain Liabilities, Schedules, Declaration Concerning Schedules, Statement of Financial Affairs, Form 22B, Employee Income Record, Chapter 13 Plan and Other Required Chapter 13 Documents, in this case is extended to June 7, 2023.

###

Date: May 26, 2023

Theodor C. Albert
United States Bankruptcy Judge